# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:91CR00024-1 |
| v. ) | **OPINION** |
| ) | |
| **BENJAMIN BRYAN BUCKHANAN,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

*Benjamin Bryan Buckhanan, Pro Se Defendant.*

On March 16, 1992, the court had sentenced defendant Benjamin Bryan Buckhanan to 300 months' imprisonment consecutive to a state court sentence, and on April 29, 2005, the court dismissed Buckhanan's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. *Buckhanan v. United States*, No. 7:05CV00250, 2005 WL 1005096, at *1 (W.D. Va. Apr. 29, 2005), *appeal dismissed*, 155 F. App'x 669 (4th Cir. 2005) (unpublished). More than ten years later, Buckhanan has filed a document collaterally attacking his conviction and sentence based on case law, which I construe as a second Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 16).

Because Buckhanan has not shown that the United States Court of Appeals for the Fourth Circuit has authorized him to file a successive § 2255 motion, the § 2255

motion must be dismissed without prejudice as successive pursuant to 28 U.S.C. § 2255(h).

        DATED: June 30, 2016

        /s/ James P. Jones
        United States District Judge